IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01235-BNB

JASON PECCI,

Applicant,

v.

WARDEN BCCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2008

GREGORY C. LANGHAM
CLERK

---

ORDER TO OVERRULE OBJECTION, DISMISS IN PART, AND DRAW
REMAINING CLAIMS TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

At issue is Applicant Jason Pecci's pleading titled "Objection to the Magistrate's Decision and Answer to Order" that he filed on October 30, 2008. In the pleading, Mr. Pecci objects to Magistrate Judge Craig B. Shaffer's August 25, 2008, Order instructing him to show cause why the instant 28 U.S.C. § 2254 action should not be dismissed as a mixed petition. Mr. Pecci also responds to the Court's October 6, 2008, Order directing him to respond and inform the Court whether he intends either to proceed with his exhausted claims or to dismiss the action so he may return to state court to exhaust the state court remedies with respect to the unexhausted claims.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed the file and finds that Magistrate Judge Shaffer's August 25, 2008, order is not clearly erroneous or contrary to law. Therefore, Mr. Pecci's Objection will be overruled.

As for Mr. Pecci's Answer to the Court's October 6, 2008, the Court finds no basis for granting his request that the Court allow a partial stay and abeyance with respect to the claims that Mr. Pecci has failed to exhaust in state court and proceed with a review of only the exhausted claims. In light of the Court's denial of Mr. Pecci's request for a partial stay and abeyance, the Court will, in keeping with Mr. Pecci's alternate request, order that the Application be drawn to a district judge and to a magistrate judge with respect to the exhausted claims.

Claim One, as set forth on Page Two of Magistrate Judge Shaffer's August 25, 2008, Order, will be drawn to a district judge and to a magistrate judge. Claims Two and Three, including all subparts, will be denied as unexhausted. Accordingly, it is

ORDERED that Applicant's Objection to the Magistrate's Decision, filed on October 30, 2008, is overruled. It is

FURTHER ORDERED that Applicant's request for a stay and abeyance of all unexhausted claims is denied. It is

FURTHER ORDERED that Claim One, with respect to Subpart (vi), Claim Two, and Claim Three are dismissed as unexhausted. It is

FURTHER ORDERED that Claim One, including Subparts (i), (ii), (iii), (iv), and (v), and the action are drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 12 day of Nov, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01235-BNB

Jason Pecci
Prisoner No. 111132
Bent County Correctional Facility
Unit 8-P
11560 Road FF75
Las Animas, CO 81054

Roger G. Billotte
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11/3/08  .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk