IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01235-ZLW-KMT

JASON PECCI,

    Petitioner,

v.

FRED FIGUEROA, Warden NFCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

    This Court, in the above entitled proceedings, has rendered an Order denying Petitioner's Application for a Writ of Habeas Corpus Pursuant to 29 U.S.C. § 2254 in part for failure to exhaust his state court remedies. The Court has reviewed the record which conclusively shows that Petitioner is entitled to no relief. The reasons stated in the Order to Dismiss in Part, filed November 13, 2008, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is, therefore,

    ORDERED that no certificate of appealability will issue.

    DATED at Denver, Colorado this 3rd day of December, 2008.

                            BY THE COURT:

                            ZITA L. WEINSHIENK, Senior Judge
                            United States District Court