IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01235–ZLW–KMT

JASON PECCI,

      Applicant,

v.

FRED FIGUEROA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**ORDER**

---

This matter is before the court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before **March 1, 2010**, the Clerk of the Larimer County District Court shall provide to this court the original written record, including transcripts, of Larimer County criminal case number 2001CR465, *People v. Pecci*.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Larimer County District Court by facsimile to **(970) 498-6110** and by regular mail to Clerk of the Larimer County District Court, 201 LaPorte Avenue, Suite 100, Fort Collins, Colorado 80521.

Dated this 19th day of January, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge