IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

```
                                      FILED
                              UNITED STATES DISTRICT COURT
                                    DENVER, COLORADO

                                      AUG 29 2012

                                   GREGORY C. LANGHAM
                                                CLERK
```

CIVIL ACTION NO. 08-cv-01235

JASON PECCI,

    Applicant,

vs.

B. SLOAN (Warden, BCCF), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: August 27, 2012

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01235 ZLW

Larimer County Court
Larimer County Justice Center
201 LaPorte Ave. Ste 100
Fort Collins, CO 80521

John Jacob Fuerst, III - Colorado Attorney General's Office-Appellate Section
**DELIVERED ELECTRONICALLY**

Roger Griffin Billotte - Colorado Attorney General's Office-Department of Law
**DELIVERED ELECTRONICALLY**

Jason Pecci
# 111132
Bent County Correctional Facility (BCCF)
11560 Road FF75
Las Animas, CO 81054-9573

   I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   8/29/2012   .


                                            GREGORY C. LANGHAM, CLERK


                                            By: s/ D. Berardi
                                                 Deputy Clerk